# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

PABLO A. LARA and
LINA ROSA BATISTA,

    Plaintiffs,

v.                                                    Case No. 8:19-cv-2798-T-60SPF

PAULA MOGHRABY, et al.,

    Defendants.
_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court on consideration of the report and recommendation of Sean P. Flynn, United States Magistrate Judge, entered on January 6, 2020. (Doc. # 10). Judge Flynn recommends Plaintiffs' construed motions for leave to proceed *in forma pauperis* (Doc. ## 2, 3) be denied, and their complaint be dismissed because Plaintiffs failed to timely file an amended complaint. Neither Plaintiffs nor Defendants filed an objection to the report and recommendation, and the time to object has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. *See Cooper-Houston v. S.*

*Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Castro Bobadilla v. Reno*, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), *aff'd*, 28 F.3d 116 (11th Cir. 1994) (table).

Upon due consideration of the record, including Judge Flynn's report and recommendation, the Court adopts the report and recommendation. The Court agrees with Judge Flynn's detailed and well-reasoned factual findings and legal conclusions. Consequently, this action is dismissed.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Judge Flynn's report and recommendation (Doc. # 10) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) Plaintiffs' construed motions for leave to proceed *in forma pauperis* (Doc. ## 2, 3) are hereby denied.

(2) This action is **DISMISSED WITH PREJUDICE**. The Clerk is directed to terminate any pending motions and deadlines and thereafter close this case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>29th</u> day of January, 2020.

TOM BARBER
UNITED STATES DISTRICT JUDGE